# In the United States Court of Federal Claims

No. 12-57 C

(Filed December 16, 2013)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

GROUND IMPROVEMENT TECHNIQUES, INC., and MK FERGUSON COMPANY, for the use and benefit of GROUND IMPROVEMENT TECHNIQUES, INC.,

    *Plaintiffs*,

v.

THE UNITED STATES,

    *Defendant*.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

    The court has before it plaintiffs' Notice of Limited Remand from [the] United States Court of Appeals for the Federal Circuit, filed December 6, 2013. To this notice is attached the Federal Circuit's remand order, which states in relevant part that plaintiffs' appeal before that court is stayed "pending disposition of the motion to substitute" the real parties in interest in this litigation, which was filed in this court on May 24, 2013. Notice Ex. A at 3. The disposition of the fully-briefed motion to substitute had been stayed by the undersigned pending plaintiffs' appeal to the Federal Circuit of numerous substantive rulings in this suit. Order of July 12, 2013. The Federal Circuit's remand order also states that "[t]he parties should inform this court [of appeals] within 14 days after the Court of Federal Claims rules on the motion to substitute." Notice Ex. A at 3.

    In light of the Federal Circuit's remand order, it is hereby **ORDERED** that the Clerk's Office shall **LIFT** the stay in this case. Because the motion to substitute has been fully briefed, no further filings will be accepted from the parties until a ruling issues on the motion.

                              s/Lynn J. Bush_____
                              LYNN J. BUSH
                              Senior Judge